*E-Filed 5/27/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL PROTEINS, LLC, | No. 5:09 CV 1451 RS |
| Plaintiff, | |
| v. | **ORDER SETTING CONSENT/DECLINATION DEADLINE** |
| OCEAN PROTEIN, LLC | |
| Defendant. | |

Plaintiff Natural Proteins, LLC, has filed a motion to dismiss defendant Ocean Protein, LLC's counterclaim, docket [9] in the above-captioned matter. This motion is noticed for hearing on July 1, 2009, at 9:30 a.m.

In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate jurisdiction no later than **June 5, 2009**.

IT IS SO ORDERED.

Dated:   5/27/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

CASE NO. 5:09 CV 1451 RS
ORDER SETTING CONSENT/DECLINATION DEADLINE