**United States District Court**
For the Northern District of California

*E-Filed  9/15/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NATURAL PROTEINS, LLC, | NO. C 09-1451 RS |
| Plaintiff, | **ORDER TAKING MOTION TO DISMISS UNDER SUBMISSION WITHOUT ORAL ARGUMENT** |
| v. | |
| OCEAN PROTEIN, LLC, | |
| Defendant. | |

Pursuant to Civil Local Rule 7-1 (b), the motion of Plaintiff Natural Proteins, LLC to dismiss defendant Ocean Protein, LLC's counterclaim for violation of the Washington Consumer Protection Act (Dkt. No. 31), presently set for hearing on September 30, 2009, shall be submitted for disposition without oral argument.

IT IS SO ORDERED.

Dated:     9/15/09

_____
RICHARD SEEBORG
United States Magistrate Judge

1