**DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI**, State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111 W. Saint John St., Suite 588
San Jose, California 95113
Telephone:  408.298.8200
Facsimile:   408.521.2203

*E-Filed 10/22/09*

Attorneys for Plaintiff
Natural Proteins, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Natural Proteins, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>Ocean Protein, LLC<br><br>　　　　　　Defendant. | Case No. 5:09-cv-01451-RS<br><br>[PROPOSED] **ORDER GRANTING STIPULATED REQUEST TO MOVE ENE DEADLINE FROM NOVEMBER 2, 2009 TO MARCH 1, 2010** |

　　　Upon stipulated request by the parties, the deadline for conducting early neutral evaluation is hereby moved from November 2, 2009 to March 1, 2010.

　　　IT IS SO ORDERED.

Dated: 10/22/09

_____
The Honorable Richard Seeborg

[PROPOSED] ORDER MOVING ENE

1