1  **DAVID R. OWENS**, State Bar No. 180829
   dowens@owenstarabichi.com
2  **BRUNO W. TARABICHI**, State Bar No. 215129
   btarabichi@owenstarabichi.com              *E-Filed 11/24/09*
3  **OWENS TARABICHI LLP**
   111 W. Saint John St., Suite 588
4  San Jose, California 95113
   Telephone:  408.298.8200
5  Facsimile:  408.521.2203

6  Attorneys for Plaintiff
   Natural Proteins, LLC
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12 | Natural Proteins, LLC,           | Case No. 5:09-cv-01451-RS

13 |            Plaintiff,            | **[PROPOSED] ORDER GRANTING
                                        STIPULATED REQUEST TO CHANGE
14 |    vs.                           | CASE MANAGEMENT SCHEDULING
                                        ORDER REGARDING EXPERT WITNESS
15 | Ocean Protein, LLC               | DISCLOSURES**

16 |            Defendant.            |

17

18      The Parties, Plaintiff Natural Proteins, LLC and Defendant Ocean Protein, LLC, have

19 stipulated to change the due dates for expert disclosures in the Case Management Scheduling

20 Order of October 23, 2001.  Specifically, the Parties have agreed to require both Plaintiff and

21 Defendant to disclose their respective expert testimony and reports on May 15, 2010 and their

22 respective rebuttal expert testimony and reports on May 31, 2010.

23      After full consideration, and good cause appearing therefor, Sections 3A and 3B of the

24 Case Management Scheduling Order of October 23, 2001 are hereby replaced with the following:

25      3A.  On or before May 15, 2010, plaintiff and defendant shall each disclose expert

26 testimony and reports in accordance with Federal Rule of civil Procedure 26(a)(2).

27      3B.  On or before May 31, 2010, plaintiff and defendant shall each disclose rebuttal expert

28 testimony and reports in accordance with Federal Rule of civil Procedure 26(a)(2).

owens tarabichi llp
Counselors At Law                      1    REQUEST TO CHANGE SCHEDULING ORDER

1
2    IT IS SO ORDERED.
3
     Dated: 11/24/09
4                                                              The Honorable Richard Seeborg
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28