**DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI**, State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111 W. Saint John St., Suite 588
San Jose, California 95113
Telephone:  408-298-8200
Facsimile:  408-521-2203

Attorneys for Plaintiff
Natural Proteins, LLC

**ROBERT A. GREEN, WSBA 12659**
**LAW OFFICES OF ROBERT A. GREEN, INC., P.S.**
1900 West Nickerson Street, Suite 203
Seattle, WA 98119
(206) 285-9481 Telephone
(206) 284-4525 Facsimile
Robert@rgreenlaw.com

Pro Hac Vice Attorney for Defendant
Ocean Protein, LLC

*E-Filed 01/19/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Natural Proteins, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　vs.<br><br>Ocean Protein, LLC<br><br>　　　　　　Defendant. | Case No. 5:09-cv-01451-RS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MOVE ENE DEADLINE AND TO CHANGE CASE MANAGEMENT SCHEDULING ORDER DATES PURSUANT TO CIVIL L.R. 6-2 |

　　　The Parties, Plaintiff Natural Proteins, LLC and Defendant Ocean Protein, LLC, have stipulated to extend the due dates for non-expert and expert discovery and for conducting the early neutral evaluation (ENE) by three months.  Specifically, the Parties have agreed to extend the following dates:

- Deadline for conducting ENE from March 1, 2010 to June 1, 2010;
- Deadline for the close of non-expert discovery from April 30, 2010 to July 31, 2010; and
- Deadlines associated with expert witnesses as described in the Case Management Scheduling Order August 5, 2009, as modified on November 24, 2009, from May 15, 2010 (plaintiff's and defendant's disclosures of expert testimony and reports), May 31, 2010 (plaintiff's and defendant's rebuttal expert testimony and reports), and June 30, 2010 (close of expert witness discovery) to August 15, 2010, August 31, 2010, and September 30, 2010, respectively.

After full consideration, and good cause appearing therefore, the dates in the Case Management Scheduling Order of August 8, 2009, as modified on November 24, 2009, are hereby moved as described above.

IT IS SO ORDERED.

Dated: 01/15/2010

_____
The Honorable Richard Seeborg