**ROBERT A. GREEN, WSBA 12659**
**LAW OFFICES OF ROBERT A. GREEN, INC., P.S.**
1900 West Nickerson Street, Suite 203
Seattle, WA 98119
(206) 285-9481 Telephone
(206) 284-4525 Facsimile
Robert@rgreenlaw.com
Pro Hac Vice Attorney for Defendant Ocean Protein, LLC

*E-Filed 3/23/10*

**Jonathan Thames, CSBA 242158**
**Archer Norris**
2033 N. Main Street, Suite 800
Walnut Creek, CA 94596
(925) 930-6600

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATURAL PROTEINS, LLC<br><br>Plaintiff,<br><br>v.<br><br>OCEAN PROTEIN, LLC,<br><br>Defendant. | NO. C09 01451 RS<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE TRIAL DATE AND TO CHANGE CASE MANAGEMENT SCHEDULING ORDER DATES PURSUANT TO CIVIL RULE L.R. 6.2<br>AS MODIFIED BY THE COURT |

This Court having reviewed The Stipulated Request to Continue Trial Date and to Change Case Management Scheduling Order Dates Pursuant to Civil Rule L.R. 6.2, the Declaration of Robert A. Green in support thereof, and the records and files herein:

NOW HEREBY ORDERED that the trial date is continue and the case management scheduling order dates are continued as follows:

1. ALTERNATIVE DISPUTE RESOLUTION. Early Neutral Evaluation shall be completed on or before September 1, 2010.

2. DISCOVERY. On or before October 31, 2010, all non-expert discovery shall be completed by the parties.

3. EXPERT WITNESSES. The disclosure and discovery of expert witness opinions

[ORDER CONTINUING TRIAL DATE AND CHANGING
CASE MANAGEMENT SCHEDULING ORDER DATES - 1
C09 01451 RS

shall proceed as follows:

    A.    On or before November 15, 2010 plaintiff and defendant shall disclose expert testimony and reports in accordance with Federal Rules of Civil Procedure 26(a)(2).

    B.    On or before December 3, 2010 plaintiff and defendant shall disclose expert rebuttal expert testimony and reports in accordance with Federal Rules of Civil Procedure 26(a)(2).

    C.    On or before January 7, 2011 all expert witnesses discovery pursuant to Federal Rules of Civil Procedure 26(b)(4) shall be completed.

4.    <u>FURTHER CASE MANAGEMENT CONFERENCE.</u>  A further case management conference will take place on October 7, 2010 at 10:00 a.m. The conference shall be conducted telephonically. No later than September 30, 2010, all parties should contact the Court Conference at 866-582-6878 to arrange their telephonic participation. A further joint case management statement shall be submitted no later than September 30, 2010.

5.    <u>PRETRIAL MOTIONS.</u>  All pretrial motions shall be **heard** no later than January 7 30, 2011.

6.    <u>PRETRIAL STATEMENTS.</u>  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before April 11, 2011, counsel shall file a Joint Pretrial Statement in accordance with the attached Standing Order for Final Pretrial Conference.

7.    <u>PRETRIAL CONFERENCE.</u>  The final pretrial conference will be held on April 28, 2011, at 10:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Ave. San Francisco, California. Each Party or lead counsel who will try the case shall attend personally. Counsel shall comply with the attached Standing Order for Final Pretrial Conference.

8. <u>TRIAL DATE.</u> Jury trial shall commence on May 9, 2011, or on such other date as soon thereafter as may be convenient to the Court. The trial shall commence at 9:00 a.m., in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Ave, San Francisco, CA.

DATED: 03/23/10

_____
The Honorable Richard Seeborg

/

Presented by:

**LAW OFFICES OF ROBERT A. GREEN, INC., P.S.**

s/ Robert A. Green
**ROBERT A. GREEN**, WSBA #12659
Attorney for the Defendant
Admitted Pro Hac Vice

[ORDER CONTINUING TRIAL DATE AND CHANGING
CASE MANAGEMENT SCHEDULING ORDER DATES - 3
C09 01451 RS