**DAVID R. OWENS**, State Bar No. 180829
dowens@owenstarabichi.com
**BRUNO W. TARABICHI**, State Bar No. 215129
btarabichi@owenstarabichi.com
**OWENS TARABICHI LLP**
111 N. Market St., Suite 730
San Jose, California 95113
Telephone:   408-298-8200
Facsimile:   408-521-2203

Attorneys for Plaintiff
Natural Proteins, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Natural Proteins, LLC,<br><br>          Plaintiff,<br><br>     vs.<br><br>Ocean Protein, LLC<br><br>          Defendant. | Case No. 5:09-cv-01451-RS<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MOVE ENE DEADLINE AND TO CHANGE CASE MANAGEMENT SCHEDULING ORDER DATES PURSUANT TO CIVIL L.R. 6-2<br>AS MODIFIED BY THE COURT |

The Parties, Plaintiff Natural Proteins, LLC and Defendant Ocean Protein, LLC, have stipulated to extend the due dates for discovery and trial, as well as for conducting the early neutral evaluation (ENE) by approximately four months.  Specifically, the Parties have agreed to extend the following dates:

- Deadline for conducting ENE extended from September 1, 2010 to January 5, 2011;
- Deadline for the close of non-expert discovery extended from October 31, 2010 to February 28, 2011;
- Deadline for plaintiff and defendant to disclose expert testimony and reports extended from November 15, 2010 to March 15, 2011;

1     • Deadline for plaintiff and defendant to disclose expert rebuttal testimony and
2          reports extended from December 3, 2010 to April 4, 2011;

3     • Deadline for all expert discovery to be completed extended from January 7, 2011
4          to May 6, 2011;

5     • Deadline to hear all pretrial motions extended from January 7, 2011 to ~~May 13~~, May 12,
6          2011;

7     • Deadline for filing joint pretrial statement extended from April 11, 2011 to August August 18, 2011.
8          ~~12, 2011;~~

9     • Pretrial conference continued from April ~~25~~ 28, 2011 at ~~2:30pm~~ 10:00 am to ~~August 29, 2011~~ Sept. 1, 2011 at 10:00 a.m.
10          ~~2:30pm;~~

11     • Trial extended from May 9, 2011 to September 12, 2011. at 9:00 a.m.

12     After full consideration, and good cause appearing therefore, the foregoing dates are set as
13 described above.

15     IT IS SO ORDERED.

16 Dated:   8/5/10

17                                           The Honorable Richard Seeborg